# EXHIBIT C

# EXHIBIT C

DECLARATION OF ERIC W. SWANIS

ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:    (702) 792-3773
Facsimile:    (702) 792-9002
Email:    swanise@gtlaw.com
          rabeb@gtlaw.com

*Counsel for Defendants Enterprise Leasing Company-West, LLC dba Enterprise Rent-A-Car and Enterprise Holdings, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIELLE S. BRISSETT, an individual; ANTHONY HAMMOND JR., an individual; D.B., a minor by and through his natural mother and guardian DANIELLE S. BRISSETT; C.E., a minor by and through her natural mother and guardian DANIELLE S. BRISSETT; and L.B., a minor by and through her natural mother and guardian DANIELLE S. BRISSETT;<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC dba ENTERPRISE RENT-A-CAR, a foreign limited liability company; ENTERPRISE HOLDINGS, INC., a foreign corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF ERIC SWANIS IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, and 1446** |

I, ERIC W. SWANIS, hereby declare:

1. I am competent to testify to the matters stated herein based upon personal knowledge.

2. This declaration is made in support of Defendants Enterprise Leasing Company-West LLC dba Enterprise Rent-A-Car's ("Enterprise West") and Enterprise Holdings, Inc.'s

1

ACTIVE 700416641v1

("Enterprise Holdings" or collectively with Enterprise West, the "Enterprise Defendants") Notice of Removal from the Eighth Judicial District Court of Clark County, Nevada, to the United States District Court for the District of Nevada (the "Notice").

      3.    I am an attorney licensed to practice law in the State of Nevada and am a shareholder with the law firm of Greenberg Traurig, LLP ("GT"), counsel for the Enterprise Defendants in the above-entitled action.

      4.    On June 27, 2024, counsel for Plaintiffs in the above-entitled action served GT on behalf of the Enterprise Defendants with a four (4) page settlement demand letter ("Demand Letter").[1]

      5.    In addition to demanding millions of dollars in damages, Plaintiffs' Demand Letter specifically outlines why they believe such damages are warranted in this case and given the damages awards in other cases involving alleged false police reports by car rental companies. Further, the Demand Letter outlines the specific amount of damages demanded on behalf of each Plaintiff, separately, and for each, the demands are all far exceed $75,000 per named Plaintiff in this case.

      6.    I declare under penalty of perjury under the laws of the State of Nevada and the United States of America that the above statements are true.

Dated this 26th day of July, 2024.

/s/ Eric W. Swanis
ERIC W. SWANIS, ESQ.

---

[1] Defendants will present a copy of the Demand Letter to the Court *in camera* or under seal should the Court desire to review it.

ACTIVE 700416641v1