ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:    702.792.3773
Facsimile:    702.792.9002
Email:    swanise@gtlaw.com
          rabeb@gtlaw.com
*Counsel for Defendants,*
*Enterprise Leasing Company-West, LLC dba Enterprise*
*Rent-A-Car and Enterprise Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE S. BRISSETT, an individual; ANTHONY HAMMOND JR., an individual; D.B., a minor by and through his natural mother and guardian DANIELLE S. BRISSETT; C.E., a minor by and through her natural mother and guardian DANIELLE S. BRISSETT; and L.B., a minor by and through her natural mother and guardian DANIELLE S. BRISSETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC dba ENTERPRISE RENT-A-CAR, a foreign limited liability company; ENTERPRISE HOLDINGS, INC., a foreign corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:24-CV-01382-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT**<br><br>**[FIRST REQUEST]** |

Defendants Enterprise Leasing Company-West, LLC dba Enterprise Rent-A-Car and Enterprise Holdings, Inc. (collectively, "Defendants"), by and through their counsel of record, the law firm of Greenberg Traurig LLP, and Plaintiffs, Danielle S. Brissett, an individual; Anthony

Hammond Jr., an individual; D.B., a minor by and through his natural mother and guardian Danielle S. Brissett; C.E., a minor by and through her natural mother and guardian Danielle S. Brissett; and L.B., a minor by and through her natural mother and guardian Danielle S. Brissett (collectively, "Plaintiffs"), by and through their counsel of record, Christian Morris Trial Attorneys (collectively, the "Parties"), hereby notify the Court that the Parties reached a settlement agreement at mediation on September 18, 2025, and hereby stipulate and agree that all pending deadlines in this matter be stayed for sixty (60) days so that the Parties may finalize a formal written agreement.

The Parties will file a stipulated dismissal of all claims once their settlement agreement is finalized and executed, or a status report in sixty (60) days if such dismissal has not occurred. There is currently no trial date set.

DATED this 23rd day of September, 2025.

**GREENBERG TRAURIG, LLP**

   */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Counsel for Enterprise Leasing Company West, LLC dba Enterprise Rent-A-Car*

DATED this 23rd day of September, 2025.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

   */s/ Victoria R. Allen*
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 26, 2025

2

ACTIVE 714860648v1