ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:    702.792.3773
Facsimile:    702.792.9002
Email:    swanise@gtlaw.com
          rabeb@gtlaw.com
*Counsel for Defendants,*
*Enterprise Leasing Company-West, LLC dba Enterprise*
*Rent-A-Car and Enterprise Holdings, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE S. BRISSETT, an individual; ANTHONY HAMMOND JR., an individual; D.B., a minor by and through his natural mother and guardian DANIELLE S. BRISSETT; C.E., a minor by and through her natural mother and guardian DANIELLE S. BRISSETT; and L.B., a minor by and through her natural mother and guardian DANIELLE S. BRISSETT,<br><br>Plaintiffs,<br><br>vs.<br><br>ENTERPRISE LEASING COMPANY-WEST, LLC dba ENTERPRISE RENT-A-CAR, a foreign limited liability company; ENTERPRISE HOLDINGS, INC., a foreign corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:24-CV-01382-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT**<br><br>**[SECOND REQUEST]** |

Defendants Enterprise Leasing Company-West, LLC dba Enterprise Rent-A-Car and Enterprise Holdings, Inc. (collectively, "Defendants"), by and through their counsel of record, the law firm of Greenberg Traurig LLP, and Plaintiffs, Danielle S. Brissett, an individual; Anthony

1

Hammond Jr., an individual; D.B., a minor by and through his natural mother and guardian Danielle S. Brissett; C.E., a minor by and through her natural mother and guardian Danielle S. Brissett; and L.B., a minor by and through her natural mother and guardian Danielle S. Brissett (collectively, "Plaintiffs"), by and through their counsel of record, Christian Morris Trial Attorneys (collectively, the "Parties"), hereby file a status report pursuant to the Court's order of September 26, 2025 (ECF No. 23).

The Parties have reduced their settlement to an agreed upon formal written agreement, but are in the process of fulfilling their settlement obligations prior to dismissal, including determining settlement proceeds allocation and/or minors' compromises. The Parties respectfully request that deadlines remain stayed for another sixty days while the parties complete the settlement process.

The Parties will file a stipulated dismissal of all claims or a status report in sixty (60) days if such dismissal has not occurred. There is currently no trial date set.

DATED this 24th day of November, 2025.   DATED this 24th day of November, 2025.

**GREENBERG TRAURIG, LLP**   **CHRISTIAN MORRIS TRIAL ATTORNEYS**

_/s/ Eric W. Swanis_   _/s/ Victoria R. Allen_
ERIC W. SWANIS, ESQ.   CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 06840   Nevada Bar No. 11218
BETHANY L. RABE, ESQ.   VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 11691   Nevada Bar No. 15005
10845 Griffith Peak Drive, Suite 600   SARAH E. DISALVO, ESQ.
Las Vegas, Nevada 89135   Nevada Bar No. 16398
*Counsel for Enterprise Leasing Company West, LLC dba Enterprise Rent-A-Car*   2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2025