ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:    702.792.3773
Facsimile:    702.792.9002
Email:    swanise@gtlaw.com
            rabeb@gtlaw.com
*Counsel for Defendants,*
*Enterprise Leasing Company-West, LLC dba Enterprise*
*Rent-A-Car and Enterprise Holdings, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE S. BRISSETT, an individual; ANTHONY HAMMOND JR., an individual; D.B., a minor by and through his natural mother and guardian DANIELLE S. BRISSETT; C.E., a minor by and through her natural mother and guardian DANIELLE S. BRISSETT; and L.B., a minor by and through her natural mother and guardian DANIELLE S. BRISSETT, <br><br> Plaintiffs, <br><br> vs. <br><br> ENTERPRISE LEASING COMPANY-WEST, LLC dba ENTERPRISE RENT-A-CAR, a foreign limited liability company; ENTERPRISE HOLDINGS, INC., a foreign corporation; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive, <br><br> Defendants. | CASE NO. 2:24-CV-01382-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, Danielle S. Brissett, an individual; Anthony Hammond Jr., an individual; D.B., a minor by and through his natural mother and guardian Danielle S. Brissett; C.E., a minor by and through her natural mother and guardian Danielle S. Brissett; and L.B., a minor by and through

1

her natural mother and guardian Danielle S. Brissett (collectively, "Plaintiffs"), by and through their counsel of record, Christian Morris Trial Attorneys; and Defendants Enterprise Leasing Company-West, LLC dba Enterprise Rent-A-Car and Enterprise Holdings, Inc. (collectively, "Defendants"), by and through their counsel of record, the law firm of Greenberg Traurig LLP, hereby stipulate that this matter, including all claims, shall be dismissed with prejudice in accordance with FRCP 41(a)(2).

Each party shall bear its own attorneys' fees and costs of suit.

DATED this 23rd day of January, 2026.

**GREENBERG TRAURIG, LLP**

_____/s/ Eric W. Swanis_____
ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Counsel for Enterprise Leasing Company*
*West, LLC dba Enterprise Rent-A-Car*

DATED this 23rd day of January, 2026.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

_____/s/ Victoria R. Allen_____
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
*Counsel for Plaintiffs*

The Clerk's Office is kindly directed to close this case. **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   January 26, 2026_____

2

ACTIVE 714863703v1